**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICQUAWN WARR,<br><br>            Petitioner,<br><br>   v.<br><br>E. VALENZUELA, Warden,<br><br>            Respondent. | Case No. CV 15-4978 GW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1    IT IS ORDERED that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.
3
4    IT IS FURTHER ORDERED that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his address of
6 record.
7
8    LET JUDGMENT BE ENTERED ACCORDINGLY.
9
10 DATED: July 15, 2016
11
12                                 _____
                                   GEORGE H. WU
13                                 UNITED STATES DISTRICT JUDGE