1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MICQUAWN WARR,                    NO. CV 15-4978 GW (SS)

12                  Petitioner,

13      v.                            **JUDGMENT**

14  E. VALENZUELA, Warden,

15                  Respondent.

16

17      Pursuant   to   the   Court's   Order   Accepting   Findings,

18  Conclusions   and   Recommendations   of   United   States   Magistrate

19  Judge,

20

21      IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22  dismissed with prejudice.

23

24  DATED: July 15, 2016

25                                    GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE
26
27
28